UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61943-CIV-DIMITROULEAS

VEE RAMDATH,

    Plaintiff,

vs.

CPS GRAPHICS, INC.
d/b/a TAMBOURINE
a Florida Corporation,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") [DE 10], filed herein on September 19, 2016. The Court has carefully reviewed the Notice, the attached Settlement Agreement, and is otherwise fully advised in the premises.

To approve the settlement, the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act ("FLSA"). *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1355 (11th Cir. 1982), and 29 U.S.C. § 216.   A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

1

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties' Settlement Agreement (including attorney's fees and costs) is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, this 23rd day of September, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record